NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTENSON, LLC,                    )
                                     )
          Appellant                  )
                                     )
v.                                   )          Case Nos.  2D18-1668
                                     )                     2D18-4154
U.S. BANK NATIONAL ASSOCIATION       )
AS TRUSTEE FOR CSFB MORTGAGE         )          CONSOLIDATED
-BACKED PASS-THROUGH                 )
CERTIFICATE SERIES 2005-8;           )
BAYOU ESTATES HOMEOWNERS             )
ASSOCIATION, INC.; SUSAN THUN        )
A/K/A SUSAN W. THUN; UNKNOWN         )
SPOUSE OF SUSAN THUN A/K/A           )
SUSAN W. THUN; UNKNOWN               )
SPOUSE OF LAURA BARRETT A/K/A        )
LAURA A. BARRETT; MORTGAGE           )
ELECTRONIC REGISTRATION              )
SYSTEMS, INC. AS NOMINEE FOR         )
COUNTRYWIDE HOME LOANS, INC.;        )
ANY AND ALL UNKNOWN PARTIES          )
CLAIMING  BY, THROUGH, UNDER,        )
AND AGAINST THE HEREIN NAMED         )
INDIVIDUAL DEFENDANT(S) WHO          )
ARE NOT KNOWN TO BE DEAD OR          )
ALIVE, WHETHER SAID UNKNOWN          )
PARTIES MAY CLAIM AN INTEREST        )
AS SPOUSES, HEIRS, DEVISEES,         )
GRANTEES, OR OTHER CLAIMANTS,        )
                                     )
          Appellees.                 )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Manatee
County; George K. Brown, Senior Judge.

Richard Barton Ray, Bradenton, for
Appellant.

Nancy M. Wallace of Akerman LLP,
Tallahassee; and William P. Heller of
Akerman LLP, Fort Lauderdale for
Appellee U.S. Bank National Association
as Trustee for CSFB Mortgage-Backed
Pass-Through Certificate Series 2005-8.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.